The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY SMITH, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | No. 2:25-cv-01478<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF SCOTT LYNCH IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>NOTE ON MOTION CALENDAR: November 12, 2025<br><br>ORAL ARGUMENT REQUESTED |



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## DECLARATION OF SCOTT LYNCH

I, Scott Lynch, declare as follows:

1. I am the Chief Operating Officer for Defendant Valve Corporation ("Valve") in the above-captioned matter. I submit this declaration in support of Valve's Motion for Summary Judgment. I make this declaration based on my personal knowledge and, if called upon to do so, would testify competently hereto.

### A. Valve, Steam, and the SSA

2. Valve is a video game developer, publisher, and digital distribution company. Valve offers an online platform called Steam, where consumers can purchase, play, and interact with their friends about video games.

3. For an individual to create a Steam account and become a Steam user, he or she must first agree to a Steam Subscriber Agreement ("SSA").

4. Valve does not collect a user's name, physical address, or phone number when he or she creates a Steam account.

5. In 2012, Valve added to the SSA an arbitration agreement providing that, with limited exceptions, users and Valve "agree to resolve all disputes and claims between us in individual binding arbitration" with the AAA. The most recent version of the SSA containing that arbitration agreement became effective on April 25, 2023 ("the Superseded SSA").

### B. Valve Replaces the Superseded SSA with the Current SSA

6. On September 26, 2024, Valve removed the arbitration agreement and class action waiver from the SSA. A true and correct copy of the current version of the SSA without an arbitration agreement or a class action waiver (the "Current SSA") is attached hereto as Exhibit A. It is also available at https://store.steampowered.com/subscriber_agreement/.[1]

---

[1] Valve updated the Current SSA on September 18, 2025. That update did not modify the dispute resolution provision for U.S. customers and is not relevant to this motion.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

7. When Valve launched the Current SSA, Valve inserted a prominent banner at the top of the agreement. The banner is set forth below.




8. Valve also provided notice of the change to the SSA to Steam users in three other ways.

9. First, beginning on September 26, 2024, Valve provided the email notice shown below to all U.S. Steam users (including Plaintiff) of the change to the SSA (the "Email Notice"), sending the notice to the email address of record for their Steam accounts. The Email Notice specifically called out changes to the dispute resolution provision:



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## Hello

### We have updated the Steam Subscriber Agreement

We've updated the Steam Subscriber Agreement. The updates affect your legal rights. They include changes to how disputes and claims between you and Valve are resolved. The updated dispute resolution provisions are in Section 10 and require all claims and disputes to proceed in court and not in arbitration. We've also removed the class action waiver and cost and fee-shifting provisions. Please carefully review the updated Steam Subscriber Agreement here.

This updated Steam Subscriber Agreement will become effective immediately when you agree to it, including when you make most purchases, fund your Steam wallet, or otherwise accept it. Otherwise, the updated Steam Subscriber Agreement will become effective on November 1, 2024, unless you delete or discontinue use of your Steam account before then. If you would like to delete your Steam account, you can learn more about account deletion here.

This notification has been sent to the email address associated with your Steam account.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

10. The Email Notice included multiple links to the full Current SSA, shown in blue text above.

11. Second, beginning on September 26, 2024, Valve provided notice of the new agreement through the below pop-up that appeared on the Steam client (the "Pop-Up Notice"). The Pop-Up Notice provided:




12. In addition to calling out the changes to the dispute resolution provision, the Pop-Up Notice included multiple links to the full text of the Current SSA, shown in blue text above.

13. The Pop-Up Notice enabled users to agree to the Current SSA by checking a box stating: "I Agree to the Updated Steam Subscriber Agreement" then clicking "Accept Updated SSA."



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

14. Alternatively, users could close the Pop-Up Notice without agreeing to the Current SSA, as indicated by the "X" at the top right corner of the pop-up.

15. Third, beginning on September 26, 2024, Valve published the below blog post on the Steam platform providing notice of the change to the SSA, available at https://store.steampowered.com/news/app/593110/view/4696781406111167991 (the "Blog Post"). The Blog Post provided:


NEWS POSTED Thu, September 26

The Updated Steam Subscriber Agreement

We'd like to share some information about recent updates to the Steam Subscriber Agreement (SSA), which mainly relate to how any disputes between Valve and Steam users are resolved.

We've eliminated the requirement that disputes be resolved by individual arbitration. As always, we encourage you to contact Steam Support when you have any issues, as that will nearly always be the best way to reach a solution. But if that doesn't work, the updated SSA now provides that any disputes are to go forward in court instead of arbitration. We've also removed the class action waiver, as well as the cost and fee-shifting provisions, that were in prior versions of the SSA.

For many of our customers (including the ones living in the EU and UK, Australia, New Zealand, and Quebec), these updates have limited impact as the arbitration rules did not apply to them even before the update.

This is just an overview and we encourage you to review the entire updated SSA. You can review it here.



16. The Blog Post included multiple prominent and easily accessible links to the full Current SSA, shown in blue text above.

17. A "Steam Wallet" contains funds that may be used for the purchase of any game on Steam or within a game that supports Steam transactions.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

18. Users must accept the Current SSA every time they fund their Steam Wallet or make a purchase on Steam itself[2] after September 26, 2024.

19. Consistent with the Email Notice and Pop-Up Notice, when a user makes a purchase on Steam, the user is presented with an unchecked box requiring the user to check the box and accept the Current SSA, which is hyperlinked in white text to the words "Steam Subscriber Agreement" shown below:




---

[2] As opposed to a purchase made using Steam Wallet funds from within a game launched through Steam.



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

20. Consistent with the Email Notice and Pop-Up Notice, when a user funds their Steam Wallet, the user is presented with an unchecked box requiring the user to accept the Current SSA, which is hyperlinked in white text to the words "Steam Subscriber Agreement" shown below:




**C. <u>Plaintiff Affirmatively Agreed to the Current SSA</u>**

21. I am informed that counsel for Plaintiff Jeffrey Smith provided the Steam ID that Plaintiff alleges belongs to him. Throughout this declaration, I assume that the Steam ID provided



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

by counsel for Plaintiff belongs to Plaintiff, but do not have personal knowledge as to whether Plaintiff is in fact the owner of this account.

22. Based on Valve's business records, on September 27, 2024, Plaintiff accepted the Current SSA by checking the box in the Pop-Up Notice stating: "I Agree to the Updated Steam Subscriber Agreement" then clicking "Accept Updated SSA."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of October, 2025, at Bellevue, Washington.

DocuSigned by:
Scott Lynch
E15DE3B2F05941C...

*Scott Lynch*



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900