The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY SMITH, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendants. | No. 2:25-cv-01478<br><br><u>CLASS ACTION</u><br><br>DECLARATION OF BLAKE MARKS-DIAS IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE<br><br>NOTE ON MOTION CALENDAR: November 12, 2025<br><br>ORAL ARGUMENT REQUESTED |



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Blake Marks-Dias states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2. I am one of the attorneys representing Valve Corporation ("Valve") and make this Declaration in support of Valve's Request for Judicial Notice and Incorporation by Reference in support of Valve's Motion to Dismiss or in the Alternative to Strike Class Allegations .

3. I respectfully submit this declaration to transmit true and correct copies of the following documents:

4. Attached hereto as **Exhibit 1** is a true and correct copy of Mason LLP's Uniform Commercial Code ("UCC") Financing Statement, dated July 10, 2023.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Mason LLP's UCC Financing Statement Amendment, dated May 9, 2025.

6. Attached hereto as **Exhibit 3** is a true and correct copy of an email from Cheryl Florio, Director of ADR Operations at the American Arbitration Association ("AAA"), to counsel for Claimants and Respondent, dated May 15, 2025.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the complaint filed on May 2, 2025 in the action captioned *Welty v. Valve Corp.*, No. 25-cv-00696-SAB (E.D. Cal.) (the "*Welty* Action").

8. Attached hereto as **Exhibit 5** is a true and correct copy of the Motion to Transfer filed by Valve on July 18, 2025 in the *Welty* Action.

9. Attached hereto as **Exhibit 6** is a true and correct copy of the Motion for Sanctions filed by claimant Ryan Lally on June 11, 2025 in the action captioned *In re Valve Antitrust Litigation*, No. 21-cv-00563-JNW (the "*In re Valve* Action").

10. Attached hereto as **Exhibit 7** is a true and correct copy of Valve's Opposition to the Motion for Sanctions filed on June 26, 2025 in the *In re Valve* Action.



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

11. Attached hereto as **Exhibit 8** is a true and correct copy of the AAA Consumer Arbitration Rules (Amended and Effective September 1, 2014), publicly available at https://www.adr.org/media/tiifv2ft/consumer_rules_web.pdf.

12. Attached hereto as **Exhibit 9** is a true and correct copy of the AAA Mass Arbitration Supplementary Rules (Amended and Effective August 1, 2023), publicly available at https://www.adr.org/media/zn5aep4s/supplementary_rules_mass_arbitration.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of October, 2025, at Seattle, Washington.

*s/ Blake Marks-Dias*
Blake Marks-Dias



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900