THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY SMITH, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | No. 2:25-cv-01478-JNW<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO VALVE'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO STRIKE CLASS ALLEGATIONS (DKT. 13)** |

Pursuant to Local Civil Rule 7(n), and in connection with Defendant Valve Corporation's ("Valve") Motion to Dismiss Or, In The Alternative, For Summary Judgment Or, In The Alternative, To Strike Class Allegations (Dkt. 13), Plaintiff Jeffrey Smith respectfully submits as supplemental authority this Court's May 27, 2026 Order Denying Valve's Motion for a Preliminary Injunction in *Valve Corp. v. Abbruzzese*, No. 2:24-cv-01717-JNW (W.D. Wash. May 27, 2026) (Dkt. 169) (denying Valve's motion for preliminary injunction; holding *inter alia*, that Valve's Updated SSA's retroactive forum-selection clause is likely procedurally and substantively



**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

unconscionable and therefore likely unenforceable as applied to the subscribers there whose arbitration demands were already pending). A copy is attached hereto as Exhibit A.

DATED: June 10, 2026.

Respectfully submitted,

**MASON & PERRY LLP**

By: _/s/ Gary E. Mason_
Gary E. Mason (*pro hac vice*)
Danielle L. Perry (*pro hac vice*)
Theodore B. Bell (*pro hac vice*)
Jacob D. Eisenberg (*pro hac vice*)
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel.: (202) 429-2290
Email: gmason@masonllp.com
Email: dperry@masonllp.com
Email: tbell@masonllp.com
Email: jeisenberg@masonllp.com

*Counsel for Plaintiff Jeffrey Smith and the proposed Class*

**FRANK FREED SUBIT & THOMAS LLP**

By: _/s/ Michael C. Subit_
Michael C. Subit, WSBA No. 29189
705 Second Avenue, Suite 1200
Seattle, Washington 98104-1729
Tel.: (206) 682-6711
Email: msubit@frankfreed.com

*Local Counsel*