The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY SMITH, on behalf of himself and all persons similarly situated,

Plaintiff,

v.

VALVE CORPORATION,

Defendants.

No. 2:25-cv-01478-JNW

CLASS ACTION

DECLARATION OF BLAKE MARKS-DIAS IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

TRO NOTE ON MOTION CALENDAR:
August 26, 2025

PI NOTE ON MOTION CALENDAR:
September 23, 2026



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Blake Marks-Dias states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2. I am one of the attorneys representing Valve Corporation ("Valve") and make this Declaration in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction.

3. I respectfully submit this declaration to transmit true and correct copies of the following documents:

4. Attached hereto as **Exhibit A** is a true and correct copy of a letter from Plaintiff's counsel to the American Arbitration Association ("AAA"), dated June 29, 2026.

5. Attached hereto as **Exhibit B** is a true and correct copy of an email from the AAA to the parties, dated August 7, 2026.

6. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the August 10, 2026 status conference in the action captioned *In re Valve Antitrust Litigation*, No. 21-cv-00563-JNW.

7. Attached hereto as **Exhibit D** is a true and correct excerpt of the May 14, 2021 transcript decision in the action captioned *Golub Cap., LLC v. NB Alts. Advisers, LLC*, No. 21-cv-3991 (S.D.N.Y. May 14, 2021).

8. Attached hereto as **Exhibit E** is a true and correct copy of an email from Plaintiff's counsel to the AAA, dated December 17, 2025.

9. Attached hereto as **Exhibit F** is a true and correct copy of a letter from the AAA to the parties, dated August 14, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

//

//

//



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 28th day of August, 2026, at Seattle, Washington.

*s/ Blake Marks-Dias*
Blake Marks-Dias



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900