The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY SMITH, on behalf of himself and all persons similarly situated,<br>Plaintiff,<br>v.<br>VALVE CORPORATION,<br>Defendant. | No. 2:25-cv-01478-JNW<br><u>CLASS ACTION</u><br>DECLARATION OF BLAKE MARKS-DIAS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Blake Marks-Dias states and declares as follows:

1. I am over 18 years of age, I have personal knowledge of the matters stated herein and I am competent to testify to these matters.

2. I am one of the attorneys representing Valve Corporation ("Valve") and make this Declaration in Opposition to Plaintiff's Motion for Preliminary Injunction.

3. I respectfully submit this declaration to transmit true and correct copies of the following documents:

4. Attached hereto as **Exhibit G** is a true and correct copy of an email from Plaintiff's counsel to the American Arbitration Association ("AAA"), dated August 28, 2026.

5. Attached hereto as **Exhibit H** is a true and correct copy of a letter from Valve to Plaintiff's counsel, dated September 4, 2026.

6. Attached hereto as **Exhibit I** is a true and correct copy of a letter from Plaintiff's counsel to Valve, dated September 11, 2026.

7. Attached hereto as **Exhibit J** is a true and correct copy of a screenshot of the homepage of the website for Bench Walk Advisors LLC, https://benchwalk.com/, dated September 15, 2026.

8. Attached hereto as **Exhibit K** is a true and correct excerpted copy of Bench Walk Advisors LLC's Uniform Application for Investment Adviser Registration and Report by Exempt Reporting Advisers (SEC Form ADV), dated June 15, 2026, available at https://adviserinfo.sec.gov/firm/summary/313945.

I declare under penalty of perjury that the foregoing is true and correct.



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 15th day of September, 2026, at Seattle, Washington.

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias



**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900