THE HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY SMITH, on behalf of himself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | No. 2:25-cv-01478-JNW<br><br>**DECLARATION OF GARY E. MASON IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**NOTE ON MOTION CALENDAR:**<br>September 23, 2026 |

I, **Gary E. Mason**, declare as follows:

**I. Introduction.**

1. I am over 18 years of age, I have personal knowledge of the matters set forth herein and could and would testify competently to these matters.

2. I am a founding partner of Mason & Perry LLP (formerly Mason LLP). My firm, together with Siri & Glimstad LLP, represents Plaintiff Jeffrey Smith and the 14,910 other individual consumers whose arbitration demands against Valve Corporation ("Valve") are pending before the American Arbitration Association ("AAA") in *Individual Claimants v. Valve Corporation*, AAA Case No. 01-23-0005-8758.



**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

3. I submit this declaration in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, Dkt. No. 40, to transmit true and correct copies of the following documents:

4. Attached hereto as **Exhibit A** is a true and correct copy of an email from the AAA to the Parties in the *Individual Claimants v. Valve Corp.* mass arbitration, dated August 7, 2026.

5. Attached hereto as **Exhibit B** is a true and correct copy of an email from the AAA to the Parties in the *Individual Claimants v. Valve Corp.* mass arbitration, dated September 2, 2026.



**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of September 2026 in Bethesda, Maryland.

Respectfully submitted,

Gary E. Mason (admitted *pro hac vice*)
**MASON & PERRY LLP**
5335 Wisconsin Ave., NW, Ste. 640
Washington, DC 20015
Tel.: (202) 429-2290
Email: gmason@masonllp.com

*Counsel for Plaintiff Jeffrey Smith and the proposed Class*